UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BOOKER,<br><br>         Plaintiff<br><br>    v.<br><br>SANCHEZ, *et al.*,<br><br>         Defendants | Case No. 2:23-cv-00734-JAD-BNW<br><br>**ORDER** |

On August 30, 2023, the Court granted Plaintiff an extension of time until October 15, 2023, to file a copy of his prison trust-fund account statement for the previous six-month period or pay the full $402 filing fee. (ECF No. 19 at 3). Plaintiff filed a motion for an extension of time because he is still waiting for his documents from inmate accounting. (ECF No. 20). The Court grants the motion for an extension of time. Plaintiff has until **November 30, 2023**, to submit his prison trust-fund account statement or pay the full $402 filing fee.

For the foregoing reasons, it is ordered that Plaintiff has **until November 30, 2023,** to either pay the full $402 filing fee or file his prison trust-fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

DATED:  October 19, 2023

UNITED STATES MAGISTRATE JUDGE